

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
09/09/2016

| | |
|---|---|
| IN RE: | CASE NO. 13–33552 |
| KTJ IMPORT & EXPORT INC. | CHAPTER 7 |
| Debtor(s) | |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*43* – Second Application to Deposit Unclaimed Funds Filed by Trustee Joseph M Hill (Attachments: # 1 Exhibit A # 2 Proposed Order) (Hill, Joseph)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 326.92
Owed to: BFS Retail Operations, LLC

Signed and Entered on Docket: 9/9/16.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.